UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BRANDI STALNAKER,** **Plaintiff** | **CIVIL DOCKET NO. 1:20-CV-01292** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BAKER HUGHES, A GE COMPANY, LLC, ET AL, Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

Before the Court is a REPORT AND RECOMMENDATION ("R&R") of the Magistrate Judge previously filed herein, which recommended for the reasons cited therein that the claims against the Louisiana Department of Environmental Quality ("DEQ") be dismissed with prejudice. [ECF No. 18].

Because an improper joinder adjudication concerns the issue of jurisdiction rather than merits, "the dismissal of a nondiverse party over whom the court does not have jurisdiction must be a dismissal without prejudice in every instance." *Int'l Energy Ventures Mgmt., L.L.C. v. United Energy Grp., Ltd.*, 818 F.3d 193, 210 (5th Cir. 2016). The Court therefore amends the R&R to dismiss the DEQ without prejudice.

Noting the absence of objections to the R&R, and having determined that the Magistrate Judge's findings and recommendations are otherwise correct under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand and Motion for Attorney Fees [ECF No. 5] is DENIED.

IT IS FURTHER ORDERED that Plaintiff's claims against the DEQ are DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers, this 18th day of August 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE